| Attorney or Party without Attorney:<br>ELIZABETH J. CABRASER<br>LIEFF CABRASER HEIMANN & BERSTEIN LLP<br>780 THIRD AVENUE<br>48TH FLOOR<br>NEW YORK, NY 10017<br>Telephone No: 212-355-9500 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>2690-3232 |

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: LOUIS FUENTES

Defendant: BAYER CORPORATION, et al.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1070 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Consent To Reassignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Complaint For Damages And Injunctive Relief.

3. a. Party served:            BAXTER HEALTHCARE CORPORATION
   b. Person served:           MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   818 W. 7TH STREET
                                         LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 14, 2008 (2) at: 3:15PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BAXTER HEALTHCARE CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                           d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**       e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                        (i)  Independent Contractor
      LOS ANGELES, CA  90071                      (ii) Registration No.:   5141
   c. 213-250-1111                                (iii) County:            Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Mar. 17, 2008

   Judicial Council Form POS-010              PROOF OF SERVICE              (DOUG FORREST)
   Rule 982.9.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT           6406471.lieca-ny.120124