| Attorney or Party without Attorney: <br> ELIZABETH J. CABRASER <br> LIEFF CABRASER HEIMANN & BERSTEIN LLP <br> 780 THIRD AVENUE <br> 48TH FLOOR <br> NEW YORK, NY 10017 <br> Telephone No: 212-355-9500 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> 2690-3232 | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | | | |
| Plaintiff: LOUIS FUENTES | | | | |
| Defendant: BAYER CORPORATION, et al. | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 08 1070 MEJ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Consent To Reassignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Complaint For Damages And Injunctive Relief.

3. a. Party served:           BAYER CORPORATION
   b. Person served:        KAREN HARRIS, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    2730 GATEWAY OAKS DRIVE
                                                                  SUITE 100
                                                                  SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 14, 2008 (2) at: 10:00AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BAYER CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. MICHAEL MORRIS

   
   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    04-009
      (iii) County:              Sacramento
      (iv) Expiration Date:     Wed, Jul. 30, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Mar. 17, 2008

                                                                                              (MICHAEL MORRIS)

Judicial Council Form POS-010                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007         SUMMONS & COMPLAINT                            6406470.lieca-ny.120133