| Attorney or Party without Attorney: ELIZABETH J. CABRASER<br>LIEFF CABRASER HEIMANN & BERSTEIN LLP<br>780 THIRD AVENUE<br>48TH FLOOR<br>NEW YORK, NY 10017<br>Telephone No: 212-355-9500 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 2690-3232 | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | |
| Plaintiff: LOUIS FUENTES | | |
| Defendant: BAYER CORPORATION, et al. | | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 1070 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Consent To Reassignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Complaint For Damages And Injunctive Relief.

3. a. Party served:        ALPHA THERAPEUTIC CORPORATION
   b. Person served:     MARGARET WILSON, AUTHORIZED TO ACCEPT

4. Address where the party was served:     818 W. 7TH STREET
                                            LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 14, 2008 (2) at: 3:15PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALPHA THERAPEUTIC CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                          d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**      e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                     (i)  Independent Contractor
      LOS ANGELES, CA 90071                    (ii) Registration No.:     5141
   c. 213-250-1111                             (iii) County:              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Mar. 17, 2008

   (DOUG FORREST)