| Attorney or Party without Attorney: ELIZABETH J. CABRASER<br>LIEFF CABRASER HEIMANN & BERSTEIN LLP<br>780 THIRD AVENUE<br>48TH FLOOR<br>NEW YORK, NY 10017<br>Telephone No: 212-355-9500 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 2690-3232 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: LOUIS FUENTES
Defendant: BAYER CORPORATION, et al.

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 1070 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Consent To Reassignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Complaint For Damages And Injunctive Relief.

3. a. Party served: ARMOUR PHARMACEUTICAL COMPANY, INC.
   b. Person served: WENDY SMITH, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 2704 COMMERCE DRIVE
   HARRISBURG, PA 17110

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 14, 2008 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ARMOUR PHARMACEUTICAL COMPANY, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH KREITZER
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Mar. 17, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(RICK KREITZER)
6406472.baca-ny.120127