**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 23, 2008

Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE: CV 08-01070 MEJ  LOUIS FUENTES-v-BAYER CORPORATION

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒    All docket entries/documents.

☒    Transferral Order.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Simone Voltz*

by: Simone Voltz
Case Systems Administrator

Enclosures
Copies to counsel of record